IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-411-RJC-DCK

| AISSA SALEY-HIMA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| DEAN & DELUCA ATLANTA, LLC<br>DEAN & DELUCA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Wade E. Ballard, concerning Kristin Starnes Gray on August 12, 2014. Ms. Kristin Starnes Gray seeks to appear as counsel *pro hac vice* for Defendants Dean & Deluca, Inc. and Dean & Deluca Atlanta, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.** Ms. Kristin Starnes Gray is hereby admitted *pro hac vice* to represent Defendants Dean & Deluca, Inc. and Dean & Deluca Atlanta, LLC.

**SO ORDERED**.

Signed: August 12, 2014

David C. Keesler
United States Magistrate Judge