# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-411-RJC-DCK

| | |
|---|---|
| AISSA SALEY-HIMA, | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| DEAN & DELUCA, INC., | )<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Larry L. Ross, filed a "Certification Of ADR Session" (Document No. 13) notifying the Court that the parties reached a settlement on January 29, 2015. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 28, 2015**.

**SO ORDERED**.

Signed: February 3, 2015

David C. Keesler
United States Magistrate Judge